Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__first__ District of __Massachusetts__

_____ Division

Maximiano Silva & Crystal Silva
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Marlborough, MA
Ofc. Rafael Faria
Ofc. Nicholas Evangelouse
Sgt. Kenneth McKenzie
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Maximiano Silva & Crystal Silva
   Address: 63 West Main St Apt-1F
   City: Marlborough   State: MA   Zip Code: 01752
   County: Middlesex
   Telephone Number: 978-333-2899
   E-Mail Address: Maximianolouis@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Ofc. Rafael Foria
   Job or Title (if known): Officer
   Address: 355 Bolton St
   City: Marlborough   State: MA   Zip Code: 01752
   County: Middlesex
   Telephone Number:
   E-Mail Address (if known):

   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Nicholas Evangelouse
   Job or Title (if known): officer
   Address: 355 Bolton St
   City: Marlborough   State: MA   Zip Code: 01752
   County: Middlesex
   Telephone Number:
   E-Mail Address (if known):

   [X] Individual capacity   [X] Official capacity

**Defendant No. 3**
Name: Kenneth McKenzie
Job or Title (if known): Sgt.
Address: 355 Bolton St
City: Marlborough   State: MA   Zip Code: 01752
County: Middlesex
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

**Defendant No. 4**
Name: City of Marlborough
Job or Title (if known): 355 Bolton St
Address:
City: Marlborough   State: MA   Zip Code: 01752
County: Middlesex
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Failure to train officers and supervise
Fourth Amendment, Illegal Search Seizure, Illegal Detention, Due Process, and possible other civil violations - to preserve the right

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants acted under color of law, as employed by Marlborough MA Police Department

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At 63 West Main St, Apt. 1

B. What date and approximate time did the events giving rise to your claim(s) occur?

On Wed February 6th, 2019 Around 2pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or about said date, these officers came to my Apartment banging on the door and demanded I to open the door or they would break it down, I stated we didn't call them and that everything was fine and didn't know why they wanted to come in. I finally opened the door against my will and was grabbed and pulled out of my Apartment and was told I was detained. I told the officer Fariq who detained me that he was illegally detaining me without probable cause. I further told officer Evangelouse to not enter my home and search which he did anyway. These acts clearly violated my rights and my wife Crystal Silva's, as she was also detained in the apartment while they searched. I preserve the right to Amend facts at later time.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My wife (Crystal Silva) and I (Maximiano Silva) suffered emotional stress, and psychological stress, panic attacks, night mares, fear of police, humiliation, I preserve the right to Amend to add further injuries.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests Five Hundred Thousand ($500,000) in all damages actual punitive ect as the court may find, as a result of all defendants illegal actions stated herein, for Plaintiffs civil rights being violated


## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Feburary 4th, 2022*

Signature of Plaintiff: *Maximo Silva – Crystal Silva*

Printed Name of Plaintiff: *Maximiano Silva – Crystal Silva*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
City     State     Zip Code
Telephone Number _____
E-mail Address _____

# Certificate Of Service

I Maximiano Silva & Crystal Silva (Plaintiffs) hereby state under penalty of perjury that all copies of this 42 USC, 1983 suit was delivered to all said Defendants at 355 Bolton St, Marlborough, MA on February 4th, 2022,

Maximiano Silva

*/s/ Maximiano Silva*

Crystal Silva

*/s/ Crystal Silva*