UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXIMIANO SILVA and CRYSTAL SILVA, <br><br> Plaintiffs, <br><br> v. <br><br> RAFAEL FORIA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 22-10172-FDS <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**SAYLOR, J.**

*Pro se* plaintiffs Maximiano Silva and Crystal Silva, who are married, have filed an action in which they allege that police officers of the City of Marlborough violated their civil rights by conducting an unlawful search and seizure.

The plaintiffs did not pay the $402 filing fee. Maximiano Silva has filed a motion for leave to proceed *in forma pauperis*, but Crystal Silva has not. Both plaintiffs must such file a motion if they wish to proceed without prepayment of the filing fee.

Accordingly, the Court hereby orders Crystal Silva to pay the filing fee or file a motion for leave to proceed *in forma pauperis* within twenty-one days. Failure to comply with this order within may result in dismissal of Crystal Silva as a plaintiff in this action. Crystal Silva may seek leave to proceed *in forma pauperis* using a form titled "Application to Proceed in District Court without Prepaying Fees and Costs." The clerk shall provide Crystal Silva with this form.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated: May 2, 2022